THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 G&S Supply
 Co., Inc. d/b/a Vinyl Wholesale, Respondent,
 v.
 Brian Alan
 Watson d/b/a Two Brothers, Appellant.
 
 
 

Appeal from Florence County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2009-UP-244
Submitted May 1, 2009  Filed May 28, 2009

AFFIRMED

 
 
 
 Louis David Nettles, of Florence, for Appellant.
 Steven L. Smith, of North Charleston, for Respondent.
 
 
 

PER CURIAM: 
 Brian Alan Watson, d/b/a Two Brothers (Watson), appeals the trial courts order
 awarding judgment to G&S Supply Company, Inc., d/b/a Vinyl Wholesale
 (G&S).  He argues the
 trial court's judgment to G&S in the amount of $6,127.51 was not supported
 by evidence in the record.  We disagree. 
 At trial, G&S presented both testimony and invoices supporting the trial
 court's award.  See Stanley v. Atlantic Title Ins. Co., 377 S.C.
 405, 409, 661 S.E.2d 62, 64 (2008) (holding in an action at law, tried without a jury, the trial court's
 findings of fact will not be disturbed unless found to be without evidence which reasonably supports the court's findings).      
AFFIRMED.
Short, Williams,
 and Lockemy, JJ., concur